# Court of Appeals
# of the State of Georgia

ATLANTA,  July 23, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2319.  MARIO R. SULLIVAN v. THE STATE.**

In 2008, a jury found Mario Sullivan guilty of aggravated assault, criminal damage to property, and several drug and firearm offenses, and the trial court imposed a total sentence of eight years in prison, to be followed by seventeen years on probation.  We affirmed the denial of Sullivan's motion for a new trial in an unpublished opinion.  See *Sullivan v. State*, No. A10A1461 (Nov. 24, 2010).

In November 2018, Sullivan filed an "Equitable Petition to Vacate a Judgement [sic] Due to Fraud," in which he challenged the legality of several aspects of his prosecution, argued that his trial counsel rendered ineffective assistance, and asked the trial court to vacate his judgment of conviction as void.  The trial court denied Sullivan's petition, and he filed a direct appeal to the Supreme Court, which transferred the matter to this Court.  We lack jurisdiction.

"[A] petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case."  *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009).  Any appeal from an order denying or dismissing such a petition or motion must be dismissed.  See *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010);

*Harper*, 286 Ga. at 218 (2).  Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  07/23/2019*
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*